29977, 29978. HUIET, commissioner, *et al. v.* SCHWOB MFG. CO.

STEPHENS, P. J. The decision in each of these two cases is controlled by the answer of the Supreme Court rendered on November 11, 1943, to certified questions propounded in each case to that court by the Court of Appeals. *Huiet, commissioner, et al. v. Schwob Manufacturing Company,* 196 *Ga.* 855 (27 S. E. 2d, 743).

*Judgment in each case affirmed. Sutton and Felton, JJ., concur.*

DECIDED NOVEMBER 30, 1943.

*A. L. Henson, Clifford Walker, Otis L. Hathcock,* for plaintiffs in error.

*J. C. Savage, Russell G. Turner,* as amici curiæ.

*R. M. Arnold,* contra.

*Benjamin M. Parker, Jones, Jones & Sparks, Swift, Pease, Davidson, Swinson & Chapman, Jones, Powers, Williams & Dorsey, Lovejoy & Mayer,* as amici curiæ.